

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2024

No. 04-24-00725-CV

**IN RE CB RESTAURANTS, INC.** d/b/a Sugars, Relator

Original Proceeding[1]

### ORDER

On October 24, 2024, Relator, CB Restaurants, Inc., filed a petition for writ of mandamus. After considering the petition and record in this case, the court concludes Relator is not entitled to the relief sought. Accordingly, we **DENY** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

It is so **ORDERED** on December 23, 2024.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2024.

Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2023CI25937, styled *Elizabeth Martinez and Julian Silva, Individually, as wrongful death beneficiaries, and on behalf of the Estate of Cary Silva, and Lindsay Shanahan, as next friend of J.S. and L.S., minor children v. CB Restaurants, Inc. d/b/a Sugars and Thirsty's Spot SA LLC d/b/a Thirsty's SA*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.